(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HICKSON, CATHY N.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**6933** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**10531 CASTLEBROOK DR.**<br>**JACKSONVILLE, FL 32257** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **DUVAL** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other _____    ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>☐ Full Filing Fee Attached<br>☑ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

| Estimated Number of Creditors | 1-15 ☑ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
|---|---|---|---|---|---|---|---|---|

*Court stamp: 79A98 / $100.00 / 2005 OCT -7 / FILED JACKSONVILLE FLORIDA*

(Official Form 1) (12/03)                                                                               FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s) **CATHY N. HICKSON** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

X *Cathy Hickson*
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

904 260-4926
Telephone Number (If not represented by attorney)

10-6-05
Date

**Signature of Attorney**

X **Not Applicable**
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s) / Bar No.

Firm Name

Address

Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **Not Applicable**
Signature of Attorney for Debtor(s)     Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**MARK FRANZONI**
Printed Name of Bankruptcy Petition Preparer

**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**
Social Security Number (Required by 11 U.S.C. § 110(c).)

**1511-B PENMAN RD.**
Address
**JAX BEACH, FL 32250**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X *[signature]*
Signature of Bankruptcy Petition Preparer

*10 OCT 05*
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

P E T I T I O N   W O R K S H E E T

```
CASE NUMBER...: 05-11928-3P3
DEBTOR........: HICKSON, CATHY N.
JOINT.........:
FILED.........: 10/07/2005      CASE TYPE: I   COUNTY: 12031

WHERE.........: SUITE 1-200 [40]
                300 NORTH HOGAN ST.
                JACKSONVILLE, FL  32202

TRUSTEE.......: [DAVIS, MAMI]

WHEN..........: MONDAY NOVEMBER 07, 2005 AT 11:00 a.m.   [31]

DEBTOR'S ATTY.: PROSE
```

MATRIX ✓          INST. APP. ✓     20 LRG UNSEC. MATRIX (CH 11) _____

MATRIX ON DISK ✓  SOAR _____

PRO SE ✓     5 ✓                    20 LRG UNSEC. LIST (CH 11) _____

DISC. OF COMP. NO

_____ EXHIBIT "A" (REQUIRED IF DEBTOR IS A CH 11 CORPORATION)

no      SUMMARY OF SCHEDULES

*       SCHEDULES A- J (INDICATE UNDER COMMENTS IF ANY ARE MISSING)

NO      DECLARATION UNDER PERJURY

NO      STATEMENT OF FINANCIAL AFFAIRS

_____ CH 7 STATEMENT OF INTENTIONS

✓       CHAPTER 13 PLAN

COMMENTS: only schedule "d" _____

_____

**CLAIMS BAR DATE:**    / /     / **COMPLAINT DATE:**    / /
**Fee information:**

Total ->    $100.00

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

**MARK FRANZONI**
Printed or Typed Name of Bankruptcy Petition Preparer

**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**
Social Security No.
(Required by 11 U.S.C § 110(c).)

**1511-B PENMAN RD.**
**JAX BEACH, FL 32250**
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:
   **None**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____     ___10/06/05___
   **MARK FRANZONI**                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C § 110, 18 U S C § 156*

CATHY N. HICKSON
10531 CASTLEBROOK DR.
JACKSONVILLE, FL 32257


BENEFICIAL FLORIDA
C/O ENRICO GONZALEZ
6255 E. FOWLER AVE
TEMPLE TERRACE, FL 33617


XPRESS, INC
1511-B PENMAN RD
JAX BEACH, FL 32250

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**

In re  **CATHY N. HICKSON**                                                              Case No _____
**6933**                                                                                  Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **1** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated   10/02/05                                                    Signed   *Cathy N. Hickson*
                                                                             **CATHY N. HICKSON**

Signed   _____
         **MARK FRANZONI**
         Social Security No   **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**

FORM B6D
(12/03)

In re: **CATHY N. HICKSON** _____, Case No. _____
          Debtor                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO  16-2003-CA-8387<br>BENEFICIAL FLORIDA<br>C/O ENRICO GONZALEZ<br>6255 E. FOWLER AVE<br>TEMPLE TERRACE, FL 33617 | | | Mortgage<br>PERSONAL RESIDENCE<br>VALUE $200,000.00 | | X | | 160,000.00 | 0.00 |

0 Continuation sheets attached

Subtotal (Total of this page)  $160,000.00
Total (Use only on last page)  $160,000.00

Report total also on Summary of Schedules)